[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11715

_____

STATE OF FLORIDA,

Plaintiff-Appellant,

*versus*

UNITED STATES OF AMERICA,
SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
in his official capacity,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
in his official capacity,
UNITED STATES CUSTOMS AND BORDER PROTECTION, et

2                    Opinion of the Court                    21-11715

al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cv-00541-CEH-SPF

_____

Before WILSON, ROSENBAUM, and HULL, Circuit Judges.

PER CURIAM:

Upon unopposed motion of the Defendant-Appellant State of Florida, this Court hereby (1) vacates the district court's order, dated May 18, 2021, denying the State of Florida's motion for a preliminary injunction challenging certain interim immigration enforcement policies issued on January 20, 2021, by the United States Department of Homeland Security, and February 18, 2021, by the United States Immigration and Customs Enforcement; and (2) dismisses the State of Florida's appeal as moot because the above interim policies have been superseded and are no longer in effect.